UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
ALICIA BOYKIN,
                            Plaintiff,

v.                                                                    **ORDER**

                                                                      21 CV 8025 (VB)
PINE VALLEY CENTER, LLC,
                            Defendant.
-------------------------------------------------------------x

On September 27, 2021, plaintiff commenced the instant action against defendant. (Doc. #1).

On September 28, 2021, the Clerk of Court issued summons as to defendant. (Doc. #4).

On October 20, 2021, plaintiff docketed proof of service indicating service on defendant on October 1, 2021. (Doc. #6). Accordingly, defendant had until October 22, 2021, to respond to the complaint. See Fed. R. Civ. P. 12(a)(1)(A)(i).

To date, defendant has neither appeared in this action nor answered, moved, or otherwise responded to the complaint.

Accordingly, provided that defendant remains in default, plaintiff is ORDERED to seek a certificate of default as to defendant by November 16, 2021, and thereafter to move, by order to show cause and in accordance with the Court's Individual Practices, for default judgment against defendant by November 30, 2021. **If plaintiff fails to satisfy either deadline, the Court may dismiss the case without prejudice for failure to prosecute or failure to comply with court orders. Fed. R. Civ. P. 41(b).**

Dated: November 1, 2021
       White Plains, NY

                                   SO ORDERED:

                                   Vincent L. Briccetti
                                   United States District Judge

1